No. 189. HUNT *v.* TEXAS. Jurisdictional statement submitted September 9, 1933. Decided October 9, 1933. *Per Curiam:* The motion of the appellant for leave to file statement as to jurisdiction is granted. The appeal herein is dismissed for want of jurisdiction. Section 237 (a) Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. A. S. Baskett* for appellant. No appearance for appellee.